[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11828

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BROOKE SHAWNTAYE SPARKS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

2                    Opinion of the Court                    23-11828

D.C. Docket No. 8:21-cr-00192-VMC-MRM-1

_____

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is **GRANTED**. *See United States v. Bushert*, 997 F.2d 1343, 1350-53 (11th Cir. 1993) (holding that a sentence appeal waiver will be enforced if it was made knowingly and voluntarily, and assessing whether a sentence appeal waiver was made knowingly and voluntarily depends on whether it was clearly conveyed to the defendant that she was giving up her right to appeal under most circumstances); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).